**Opinion issued November 21, 2017**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00434-CV

_____

## MARTHA E. AYALA RODRIGUEZ, Appellant

## V.

## MARIBEL SANCHEZ, Appellee

On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2015-68702

## MEMORANDUM OPINION

Appellant, Martha E. Ayala Rodriguez, has failed to timely file her appellate

brief. *See* TEX. R. APP. P. 38.6(a), (d), 38.8(a)(1). Further, appellant has neither paid

the required filing fee nor established indigence for purposes of appellate costs. *See*

*id.* 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041(1) (West

2016); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified by this Court's October 10, 2017 Order and Notice of Intent to Dismiss for Want of Prosecution that this appeal was subject to dismissal for failure to pay the required fee and to file the appellant's brief within thirty days of the date of that order, appellant failed to timely respond. *See id.* 5, 38.8(a)(1), 42.3(b), (c).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief and for failure to pay all required fees. *See* TEX. R. APP. P. 5, 38.8(a)(1), 42.3(b), (c).

## PER CURIAM

Panel consists of Justices Keyes, Brown, and Lloyd.